B6B (Official Form 6B) (12/07)

In re **Linda P. Parmenter**  Case No. **13-16949**
**Roger E. Parmenter**
(if known)

*AMENDED 8/20/2013*
# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | C | $151.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Checking Account. xxxx0389 | C | $75.00 |
| | | Kitsap Bank. Acct #: xxxx7084 | C | $549.00 |
| | | Kitsap Bank. Acct. #: xxxx4249 | C | $8.35 |
| | | Wells Fargo Checing Account #: xxxx0518  This account is for Ronald J. Begg, a disabled relative of Debor Linda P Parmenter. All funds in the account are the propery of Ronald J. Begg and are derived from Social Security. Debtor Linda P. Parmenter is only a signer on the account. | C | $19,556.73 |
| | | Wells Fargo Money Market Savings Account #: ****3577 | C | $0.01 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 4. Household goods and furnishings | C | $1,335.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 50 books ($50.00)  4 pictures ($50.00)  30 movies ($60.00) | C | $160.00 |
| 6. Wearing apparel. | | Wearing apparel | C | $500.00 |
| 7. Furs and jewelry. | | 1 wedding ring | C | $800.00 |

Case 13-16949-MLB    Doc 9    Filed 08/20/13    Ent. 08/20/13 13:07:24    Pg. 1 of 9

In re **Linda P. Parmenter**  Case No. **13-16949**
**Roger E. Parmenter**
(if known)

*AMENDED 8/20/2013*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Westerm Washington Laborers-Employers Pension Trust 201 Queen Anne Avenue North, Suite 100 Seattle, WA 98109-4896 Right to collect 853.86 per month at age 62, | C | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re **Linda P. Parmenter**  
    **Roger E. Parmenter**

Case No. **13-16949**  
(if known)

*AMENDED 8/20/2013*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re **Linda P. Parmenter**  Case No. **13-16949**
**Roger E. Parmenter**  (if known)

*AMENDED 8/20/2013*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Honda CRV | C | $2,484.00 |
| | | 1996 Subaru Legacy | C | $3,515.00 |
| | | 1992 Dodge Truck | C | $2,000.00 |
| 26. Boats, motors, and accessories. | | 1985 Gregor WN9322KS / Boat | C | $500.00 |
| | | 1985 Calkins Trailor | C | $400.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Linda P. Parmenter**  Case No. **13-16949**
     **Roger E. Parmenter**
                                              (if known)

*AMENDED 8/20/2013*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Huskavarna Mower | C | $50.00 |

                                                **4** continuation sheets attached    **Total >**    **$32,084.09**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Linda P. Parmenter**  
    **Roger E. Parmenter**

Case No. **13-16949**
(If known)

*AMENDED 8/20/2013*
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)

☒ 11 U.S.C. § 522(b)(2)  
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Residence<br>71 Mariners Dr.<br>Sequim, WA 98382 | 11 U.S.C. § 522(d)(1) | $8,000.00 | $198,000.00 |
| Cash on Hand | 11 U.S.C. § 522(d)(5) | $151.00 | $151.00 |
| Wells Fargo Checking Account. xxxx0389 | 11 U.S.C. § 522(d)(5) | $75.00 | $75.00 |
| Kitsap Bank. Acct #: xxxx7084 | 11 U.S.C. § 522(d)(5) | $549.00 | $549.00 |
| Kitsap Bank. Acct. #: xxxx4249 | 11 U.S.C. § 522(d)(5) | $8.35 | $8.35 |
| Wells Fargo Checing Account #: xxxx0518<br>This account is for Ronald J. Begg, a disabled relative of Debor Linda P Parmenter. All funds in the account are the propery of Ronald J. Begg and are derived from Social Security. Debtor Linda P. Parmenter is only a signer on the account. | 11 U.S.C. § 522(d)(10)(A) | $19,556.73 | $19,556.73 |
| Wells Fargo Money Market Savings Account #: ****3577 | 11 U.S.C. § 522(d)(5) | $0.01 | $0.01 |
| 4. Household goods and furnishings | 11 U.S.C. § 522(d)(3) | $1,335.00 | $1,335.00 |
| 50 books ($50.00)<br>4 pictures ($50.00)<br>30 movies ($60.00) | 11 U.S.C. § 522(d)(3) | $160.00 | $160.00 |
| Wearing apparel | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $30,335.09 | $220,335.09 |

B6C (Official Form 6C) (4/13) -- Cont.

In re **Linda P. Parmenter**  Case No. **13-16949**
     **Roger E. Parmenter**
                                                          (If known)

*AMENDED 8/20/2013*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1 wedding ring | 11 U.S.C. § 522(d)(4) | $800.00 | $800.00 |
| Westerm Washington Laborers-Employers Pension Trust<br>201 Queen Anne Avenue North, Suite 100<br>Seattle, WA 98109-4896<br><br>Right to collect 853.86 per month at age 62, | 11 U.S.C. § 522(d)(10)(E) | Unknown | Unknown |
| 1997 Honda CRV | 11 U.S.C. § 522(d)(5) | $2,484.00 | $2,484.00 |
| 1996 Subaru Legacy | 11 U.S.C. § 522(d)(2) | $3,515.00 | $3,515.00 |
| 1992 Dodge Truck | 11 U.S.C. § 522(d)(2) | $2,000.00 | $2,000.00 |
| 1985 Gregor WN9322KS / Boat | 11 U.S.C. § 522(d)(5) | $500.00 | $500.00 |
| 1985 Calkins Trailor | 11 U.S.C. § 522(d)(5) | $400.00 | $400.00 |
| Huskavarna Mower | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| | | **$40,084.09** | **$230,084.09** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **Linda P. Parmenter**　　　　　　　　　　　Case No. **13-16949**
　　　**Roger E. Parmenter**

　　　　　　　　　　　　　　　　　　　　　　　　Chapter **7**

*AMENDED 8/20/2013*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $198,000.00 | | |
| B - Personal Property | Yes | 5 | $32,084.09 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $217,924.89 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 2 | | $33,683.98 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $3,778.68 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $3,704.27 |
| TOTAL | | 16 | $230,084.09 | $251,608.87 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **Linda P. Parmenter**　　　　　　　　　　　Case No. **13-16949**
　　　**Roger E. Parmenter**

　　　　　　　　　　　　　　　　　　　　　　　　Chapter **7**

*AMENDED 8/20/2013*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$3,778.68** |
| Average Expenses (from Schedule J, Line 18) | **$3,704.27** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$4,482.58** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$19,924.89** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4. Total from Schedule F | | **$33,683.98** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$53,608.87** |